| | |
|---|---|
| U.S. District Judge __**SIM LAKE**__ | Clerk, U.S. District Court |
| Case Manager __S. Anderson__   Rptr / ~~ERO~~ __L. Smith__ | Southern District of Texas |
| Law Clerk _____   USPO __J. Kopp__ | FILED |
| Interpreter _____ | __January 19, 2022__ |
| | Nathan Oschner, Clerk |
| Time __11:50__ \| __11:55__ A.M.   ___ \| ___ P.M. | |
|     begin    end          begin  end | |

CR. No. __4:15-cr-564__   Deft. No. __5__

United States of America § __Anibal Alaniz / Casey MacDonald__ AUSA
vs. §
__MIKE BUENO__ § __Edward A. Mallett__ CJA

### Sentencing

- ☐ Defendant waived his right to appear in person and consented to appear by video
- ☒ Sentencing held. ☒ Guilty plea ☐ Guilty verdict on __1/19/22__, Ct(s) __1sss__.
- ☐ Sentencing held **with contested issues**.
- ☒ Sentence: __262 mos BOP; 5 yrs SRT; No fine; $100 S/A__
- $100 special assessment on Count(s) __1sss__.
- ☐ **Time served**.
- ☒ Notice re: Decision of My Right to Appeal provided to Counsel for Defendant.
- ☐ Count(s) ___ dismissed on government's motion / Order to be entered.
- ☐ Deft ordered to surrender to U.S. Marshal on ___.
- ☐ Deft ordered to surrender to institution when designated.
- ☐ Change of plea hearing, deft withdraws plea of guilty.
- ☐ Jury trial set for ___ at ___.
- ☐ Deft bond ☐ set ☐ reduced to $___ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
- ☐ Deft failed to appear, bench warrant to issue.
- ☐ Deft bond ☐ continued ☐ forfeited.
- ☒ Deft remanded to custody.
- ☒ Terminate other settings for this deft.   ☒ Terminate motions for this deft.
- Other Proceedings: 1. Court will recommend confinement at BOP in 1) Beaumont (preferable), 2) Three Rivers or 3) Bastrop